```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
STEPHEN MAURO,                             :
                    Plaintiff,             :
                                           :       09 Civ. 4694 (DLC)
        -v-                                :
                                           :
CLASSIC SECURITY,                          :
                    Defendant.             :
                                           :
-------------------------------------------X
STEPHEN MAURO,                             :
                    Plaintiff,             :
                                           :       09 Civ. 4695 (DLC)
        -v-                                :
                                           :
                                           :           ORDER
ALLIED BARTON SECURITY,                    :
                                           :
                    Defendant.             :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

On April 12, 2010, <u>pro se</u> plaintiff Stephen Mauro wrote a letter advising the Court of a change in his address for receiving correspondence concerning these lawsuits. The new address is:

   Stephen Mauro
   c/o Richard Ambersole
   P.O. Box 140618
   Manor Road Post Office
   Staten Island, NY 10314-0618

Accordingly, it is hereby

   ORDERED that the Clerk of Court shall amend the Court file to reflect the new mailing address given above.

   SO ORDERED:

Dated:   New York, New York
         April 13, 2010

                              _____
                                     DENISE COTE
                              United States District Judge

COPIES SENT TO:

Stephen Mauro
2340 West 11th Street
Brooklyn, NY 11223

Matthew D. Crawford
Martenson, Hasbrouck & Simon LLP
3379 Peachtree Road, N.E.
Suite 400
Atlanta, GA 30326

Stephen Mauro
c/o Richard Ambersole
P.O. Box 140618
Manor Road Post Office
Staten Island, NY 10314-0618

Andrew W. Singer
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022